# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher Ragland,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv466

Supt. Hall et al,

       Respondent(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/30/2008 Order.

Signed: December 30, 2008

_____

Frank G. Johns, Clerk
United States District Court